IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
ST. THOMAS AND ST. JOHN DIVISION

| | |
|---|---|
| BENJAMIN JACKSON OWEN,<br><br>Plaintiff,<br><br>v.<br><br>ANN RODRIGUEZ, EMERY POLEON, PAUL J. ARNOLD III, LSJVI, LLC, and STEPHEN "STEVE" DECKOFF<br><br>Defendants. | CASE NO. 2026-cv-00054 |

**ORDER**

**THIS MATTER** came before the Court on the Defendant's motion to strike. [ECF No. 10]. For the reasons stated in the accompanying Memorandum Opinion it is hereby

**ORDERED** that the Defendant's motion set forth in ECF No. 10 to is **GRANTED** in part and **DENIED** in part, as set forth below.

1) Defendant's Motion to Strike under Fed. R. Civ. P. 12(f) is **GRANTED IN PART.** The following Paragraphs in ECF No. 1 are hereby **ORDERED** to be **STRICKEN:**

- Paragraph 4, only the final sentence.
- Paragraph 5.
- Paragraph 6, references to Epstein & his attorney.
- Paragraph 42.
- Section D, Paragraphs 44-50.
- Paragraphs 63, 65.
- Section I, Paragraphs 95-114.
- Section J, Paragraphs 115-134.

2) Plaintiff is **ORDERED** to file an amended complaint with the offending paragraphs excised no later than 5:00pm Wednesday, December 2, 2026.

3) Defendant's Motion for a More Definitive Statement under Fed. R. Civ. P. 12(e) is **DENIED WITHOUT PREJUDICE.**

**4)** Defendant's Motion for Sanctions and a Public Apology from Plaintiff is **DENIED WITH PREJUDICE.**

5) Defendant is **ORDERED** to file an answer to the amended complaint no later than 5:00pm on Wednesday, December 16, 2026.

**Dated:** November 18, 2026. *s/ Evan Rikhye*

**EVAN RIKHYE**
**United States District Judge**